UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-116-D-22

UNITED STATES OF AMERICA

v.

DAVID FITZGERALD WILLIAMS

ORDER TO SEAL

This matter is before the Court on Defendant David Fitzgerald Williams' Motion to Seal the document filed on 3 September 2017 at D.E. #693. For good cause shown, it is ordered that Defendant's Motion to Seal is ALLOWED.

This the __5__ day of September 2017.

Honorable James C. Dever, III
Chief United States District Judge, E.D.N.C.