IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-116-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID FITZGERALD WILLIAMS, | ) | |
| Defendant. | ) | |

On August 27, 2020, the court denied defendant's motion for compassionate release [D.E. 1530]. On September 15, 2020, defendant filed a motion for reconsideration [D.E. 1538]. On September 29, 2020, the government responded in opposition [D.E. 1540].

The court has considered the entire record and governing law. Cf. Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The motion for reconsideration [D.E. 1537] lacks merit and is DENIED.

SO ORDERED. This 26 day of July 2021.

JAMES C. DEVER III
United States District Judge